JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADEAU STATUTORY TRUST, a Wyoming Trust,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BOMBARDIER TRANSIT CORPORATION, a Delaware corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 8:20-cv-00318-JLS-ADS<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF COMPLAINT PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(ii) (Doc. 34)** |

1  Having considered the parties' Joint Stipulation for Dismissal with Prejudice
2  Pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii) (Doc. 34),
3  IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint,
4  including each and every claim set forth therein, will be dismissed with prejudice as
5  to all defendants from the date of this Order.  Further, the parties have stipulated and
6  agreed to bear their own costs and fees, including any possible attorney's fees or
7  expenses of this litigation.
8  DATED:  January 04, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE